UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TONY THUAN NGUYEN,

        Plaintiff,                          Civil No. 07-67-HA

        v.                                 JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Based upon the record, and the Opinion and Order filed March 31, 2008,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is reversed, and this case is remanded to the Commissioner under sentence six of 42 U.S.C. § 405(g) for the calculation and award of disability insurance benefits to plaintiff Tony Thuan Nguyen.

        DATED this __31__ day of March, 2008.

                                                            /s/ ANCER L. HAGGERTY
                                                              ANCER L. HAGGERTY
                                                           United States District Judge