FILED'08 NOV 13 15:55 USDC-ORP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

TONY THUAN NGUYEN,                                CV# 07-67-HA

       Plaintiff,

         v.                                ORDER GRANTING
                                                  ATTORNEY FEES UNDER
                                                  42 U.S.C. § 406(b)
MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

      Attorneys' fees in the amount of $27,573 are hereby awarded to Plaintiff's

attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in

light of the circumstances in this case. Previously, this court awarded Plaintiff attorney

fees in the amount of $6803.82 under the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412. Plaintiff's attorney is responsible for refunding the EAJA fee to Plaintiff

as appropriate.

      Dated this _13_ day of ___Nov___, 2008.

                                           _____

                                           U.S. District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon

ORDER  GRANTING § 406(b) ATTORNEY FEES